

# Fourth Court of Appeals

## San Antonio, Texas

November 3, 2021

No. 04-20-00583-CV

Kevin **DOTY** and Elizabeth Doty,
Appellants

v.

Richard **DAVIDSON** and Javline Ranch (a General Partnership), a/k/a Javelin Ranch, a/k/a
Javelin Ranch, LP,
Appellees

From the 229th Judicial District Court, Jim Hogg County, Texas
Trial Court No. CC-15-100
Honorable Leonel Alejandro, Judge Presiding

# O R D E R

Appellants' motion for extension of time to file their reply brief is GRANTED. Appellants' brief filed on October 29, 2021 is deemed timely filed.

It is so **ORDERED** on November 3, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

